# In the United States Court of Federal Claims

No. 20-1497C
(Filed: February 22, 2021)

* * * * * * * * * * * * * * * * * * * *

SUPERIOR OPTICAL LABS, INC.,

    *Plaintiff,*

v.

THE UNITED STATES,

    *Defendant*,

and

PDS CONSULTANTS, INC.,

    *Intervenor.*

* * * * * * * * * * * * * * * * * * * *

## ORDER

    Plaintiff and defendant are directed to file their respective responses to intervenor's motion to stay the order and judgment of January 22, 2021, on or before February 26, 2021. No replies will be necessary.

                                  s/ Eric G. Bruggink
                                  ERIC G. BRUGGINK
                                  Senior Judge